IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


| | |
|---|---|
| WAYNE WARD, | ) |
| | ) |
|     Plaintiff, | ) |
| | )   CIVIL ACTION NO. |
|     v. | )     2:05cv088-T |
| | )       (WO) |
| DYNACARE LABORATORIES, | ) |
| INC., et al., | ) |
| | ) |
|     Defendants. | ) |

## OPINION

Plaintiff filed this lawsuit essentially challenging the outcome in an earlier lawsuit.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's federal claims be dismissed with prejudice and his state claims be dismissed without prejudice to refiling in state court.  Also before the court are plaintiff's objections to the recommendation. After an independent and de novo review of the record, the

court concludes that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 23rd day of August, 2005.


            /s/ Myron H. Thompson
            UNITED STATES DISTRICT JUDGE