```
        IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

           MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION




WAYNE WARD,                    )
                               )
    Plaintiff,                 )
                               )    CIVIL ACTION NO.
    v.                         )       2:05cv088-T
                               )          (WO)
DYNACARE LABORATORIES,         )
INC., et al.,                  )
                               )
    Defendants.                )
```

                              **JUDGMENT**

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

    (1) Plaintiff's objections (Doc. No. 32) are overruled.

    (2) The United States Magistrate Judge's recommendation (Doc. No. 31) is adopted.

    (3) Defendants' motion to dismiss (Doc. Nos.7 & 11) are granted.

    (4) Defendants' motion for summary judgment (Doc. No.

11) is denied as moot.

(5) Plaintiff's motion to show fraud (Doc. No. 29) is denied.

(6) Plaintiff's federal claims are dismissed with prejudice.

(7) Plaintiff's state claims are dismissed without prejudice to refiling the claims in state court.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 23rd day of August, 2005.

　　　　　　　　　　　　　　　 /s/ Myron H. Thompson  
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE